## *In re* A. H. HULING.

No. A.-723.   Opinion Filed June 8, 1910.

(109 Pac. 576.)

Application of A. H. Huling for writ of mandamus. Writ discharged, and petitioner remanded.

*J. T. Shive* and *Henry Bulow,* for petitioner.
*W. C. Austin* and *Shartel, Keaton & Wells* for respondent.

PER CURIAM. The facts in this case are in all respects identical with those in case No. A-724, *In re W. C. Jones, infra,* 109 Pac. 570. This petitioner was convicted for violating the same ordinance of the town of Eldorado which Jones was charged with violating; and he makes identically the same contention made by Jones. The decision in that case is controlling in this case.

The writ of *habeas corpus* heretofore issued in this case will therefore be discharged, and the petitioner remanded to the custody of the town marshal of Eldorado. It is so ordered.